GEORGE REGAN v. NEW JERSEY RACING COMMISSION.

May 28, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES KAUFMAN.

May 28, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ALEXANDRAU MIRCEA.

May 28, 1980.

Petition for certification denied.